JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO G.[1], an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI[2], Acting Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | Case No. 8:21-00547 ADS<br><br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is vacated, and that the case is

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Complaint and the docket caption do not name the current Acting Commissioner. The parties list Andrew M. Saul as the Commissioner in the Joint Stipulation. On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security. Thus, she is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

remanded for further proceedings consistent with the Memorandum Opinion and Order of Remand.

DATED: September 29, 2022                   /s/ Autumn D. Spaeth
                                          THE HONORABLE AUTUMN D. SPAETH
                                          United States Magistrate Judge